14

United States District Court
Southern District of Texas
ENTERED

SEP 3 0 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RUBEN CRUZ GONZALES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-190 |
| | § | |
| DAVID P. APADACA, ANTONIO DE LA | § | |
| CRUZ, RENE LOPEZ AND RALPH NIETO | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION AND DENYING
## MOTION TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING THE CASE

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of August 19, 1998 should be adopted the Motion to Proceed *in Forma Pauperis* denied and the case dismissed.

DONE in Brownsville, Texas, on this 24 day of September 1998.

_____
Hilda G. Tagle
United States District Judge